O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4596-AHM (PJWx) | Date | November 3, 2009 |
|---|---|---|---|
| Title | MYLU GOROSPE LLADO v. NEW CENTURY MORTGAGE CORPORATION, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:        Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

      This Court ordered Batkhand Zoljargal to show cause by no later than November 2, 2009 why he should not be sanctioned in the amount of $200 for his failure to appear at the scheduling conference in this case on October 26, 2009.  Mr. Zoljargal filed a declaration in opposition to the order to show cause on November 1, 2009.  He argues that he should not be fined because he has withdrawn as counsel in the case, but at the time of the scheduling conference at which he did not appear, he was still counsel of record with an obligation to represent his client effectively and zealously.  The Court finds this document insufficient to show cause why Mr. Zoljargal should not be sanctioned for his failure to appear.  The Court therefore ORDERS Mr. Zoljargal to pay $200 to the Clerk of this Court.

                                                                                                                 :

                                                            Initials of Preparer            SMO