O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4596-AHM (PJWx) | Date | November 3, 2009 |
|---|---|---|---|
| Title | MYLU GOROSPE LLADO v. NEW CENTURY MORTGAGE CORPORATION, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:    Attorneys **NOT** Present for Defendants:

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

This Court ordered Jonathan O. Sarte to show cause by no later than November 2, 2009 why he should not be sanctioned in the amount of $200 for his failure to appear at the scheduling conference in this case on October 26, 2009. Mr. Sarte has not responded to this Court's Order to show cause. The Court therefore ORDERS Mr. Sarte to pay $200 to the Clerk of this Court.

:

Initials of Preparer    SMO